1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY ALEXANDER,                    )          No. C 12-01283 EJD (PR)
                                                          )
         Plaintiff,                       )          ORDER OF DISMISSAL
                                                          )
  vs.                                               )
                                                          )
                                                          )
SALINAS VALLEY STATE                )
PRISON, et al.,                              )
                                                          )
         Defendants.                    )
                                                          )

On March 14, 2012, Plaintiff filed a "motion for emergency transfer and injunctive relief," alleging that he is being subjected to cruel and unusual punishment because his medical needs are not being met by prison officials at Salinas Valley State Prison.  On July 6, 2012, the Court advised Plaintiff to file a proper complaint if he wished to proceed with this action, such that a complaint was due no later than August 5, 2012.  (Docket No. 14.)  In the same order, Plaintiff was also advised to file a Certificate of Funds in Prisoner's Account to complete his <u>in forma pauperis</u> ("IFP") application within the same time frame.  (<u>Id.</u>)  The deadline has since passed, and Plaintiff has not filed a complaint, nor has he filed the necessary document to complete his IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: _____8/20/2012_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\01283Alexander_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TERRY ALEXANDER,

          Plaintiff,

  v.

SALINAS VALLEY STATE PRISON, et al.,

          Defendants.

                                /

Case Number: CV12-01283 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/20/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Terry Alexander G-02016
Salinas Valley State Prison
P.O. Box 1050
Salinas, CA 93960


Dated: _____8/20/2012_____

          Richard W. Wieking, Clerk
          /s/By: Elizabeth Garcia, Deputy Clerk